

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6551
tony.lopez@usdoj.gov
*Attorneys for the United States*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 14 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-136-DJA |
| Plaintiff, | **Motion to Dismiss Criminal Complaint Without Prejudice** |
| v. | |
| RITA COLON, | (Filed Under Seal) |
| Defendant. | |

On February 16, 2017, the Court issued a sealed Criminal Complaint charging Defendant Rita Colon with one count of Unlawful Flight to Avoid Prosecution, a violation of 18 U.S.C. § 1073. On or about October 31, 2019, Colon was extradited from Peru and has been turned over to the custody of Henderson Police Department. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the sealed Criminal Complaint without prejudice.

Respectfully submitted this 14th day of November, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RITA COLON,<br><br>Defendant. | Case No. 2:17-mj-136-DJA<br><br>Order Granting<br>Motion to Dismiss the<br>Criminal Complaint<br>Without Prejudice |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Criminal Complaint dated February 16, 2017, against Defendant Rita Colon.

NICHOLAS A. TRUTANICH
United States Attorney

_/s/ Richard Anthony Lopez_
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because Defendant Rita Colon has been arrested on the warrant in this case, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the Criminal Complaint and the government's motion to dismiss, be unsealed.

DATED this 18th day of November, 2019.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2